UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>BRIAN VIDRINE,<br><br>Movant. | No. 2:95-cr-0482 KJM AC<br><br><br><br>ORDER |

Movant, a federal prisoner, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2017, are adopted in full;

2. Movant's section 2255 motion (ECF No. 277) is denied;

3. A certificate of appealability is granted as to each of movant's claims for relief; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2: 16-cv-3066 KJM AC.

DATED: September 28, 2017.

_____
UNITED STATES DISTRICT JUDGE